UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DALE WILLIAMSON,                                                                                          Plaintiff,

v.                                                                                  Civil Action No. 3:20-cv-266-DJH-RSE

UNIVERSITY OF LOUISVILLE,                                                                          Defendant.

* * * * *

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant University of Louisville with respect to all claims asserted by Plaintiff Dale Williamson in this matter.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

August 9, 2023

David J. Hale, Judge
United States District Court