FILED
JAMES J. VILT, JR. - CLERK
SEP - 8 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the Western Kentucky
Louisville Division
Docket Number 3:20-cv-266-DJH-RSE

| DALE WILLIAMSON, Plaintiff | Notice of Appeal |
|---|---|
| v. | |
| UNIVERISTY OF LOUISVILLE, Defendant | |

Dale Williamson (name all parties taking the appeal)*appeal to the United States Court of Appeals for the 6th Circuit from the final judgment entered on August 09, 2023(state the date the judgment was entered).

(s) Dale Williamson
*Attorney for* Pro Se
*Address*:2914 South Walford Drive
Jeffersonville, Indiana 47130

*See Rule 3(c) for permissible ways of identifying appellants.

FILED
JAMES J. VILT, JR. - CLERK

SEP - 8 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Form 1B

## Notice of Appeal to a Court of Appeals From an AppealableOrder of a District Court

United States District Court for the Western Kentucky
Louisville Division
Docket Number 3:20-cv-266-DJH-RSE

| DALE WILLIAMSON, Plaintiff | |
|---|---|
| v. | Notice of Appeal |
| UNIVERISTY OF LOUISVILLE, Defendant | |

Dale Williamson (name all parties taking the appeal)*appeal to the United States Court of Appeals for the 6th Circuit from the final judgment entered on August 09, 2023(state the date the judgment was entered).

(s) Dale Williamson
*Attorney for* Pro Se
*Address*:2914 South Walford Drive
Jeffersonville, Indiana 47130

*[signature: Dale Will]*

*See Rule 3(c) for permissible ways of identifying appellants.