UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Apr 4, 2024

KELLY L. STEPHENS, Clerk

No. 23-5812

DALE WILLIAMSON,

      Plaintiff-Appellant,

v.

UNIVERSITY OF LOUISVILLE,

      Defendant-Appellee.

Before:  SUTTON, Chief Judge; NORRIS and SILER, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Louisville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk