# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 7, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 09, 2024
KELLY L. STEPHENS, Clerk

Re: William Lee Boyer
v. Amy Robey, Warden, et al.
No. 23-7753
(Your No. 23-5655)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk